U.S. Department of Labor
Wage and Hour Division
Federal Office Building
200 N. High Street, Room 646
Columbus, OH 43215
(614)469-5678



GLV/sas

June 11, 2020

Jessica Thomas
204 S. Souder Ave., Apt. D
Columbus, OH 43222

Subject: Columbus City Schools/Complaint ID #3913181

Dear Ms. Thomas:

You recently provided information to the Wage and Hour Division (WHD) of the federal Department of Labor indicating that the above-named employer discriminated against you under the Family Medical Leave Act, (FMLA). The FMLA requires covered employers to comply with all provisions of the Act. After careful consideration of the information you provided, the WHD is declining to pursue your claim, because:

- of WHD's enforcement priorities and resource limitations.

The Wage and Hour Division administers and enforces a significant number of essential federal labor laws including those that guarantee workers' rights to a minimum hourly wage and overtime pay; and family and medical leave. The WHD receives more than 30,000 complaints each year and its resources do not permit it to investigate all of the complaints it receives. As a result the WHD must decline to investigate certain complaints and advise complainants of other resources that may be available to them to resolve their claims.

Your complaint is important, but the WHD has determined that it will not investigate your complaint and will take no further action on your behalf. The fact that the WHD will take no further action on your behalf does not affect your legal right to bring a private action in court against your employer under the FMLA to recover obtaining reinstatement and/or recovery of lost wages, employment benefits, and monetary losses under FMLA. The Department does not encourage or discourage such private actions. The decision is entirely up to you.

Please keep in mind that obtaining reinstatement and/or recovery of lost wages, employment benefits, and monetary losses under FMLA> is subject to a two-year statute of limitations unless the employer's actions are willful, which extends the statute of limitations an additional year. Generally, this means that back wages or other remedies for violations that occurred more than two years before a lawsuit is filed may not be recoverable.

Please feel free to contact this office at (614) 469-5678 if you have any questions regarding this letter.

Sincerely,

George L. Victory
District Director

Enclosure:
    FMLA HRG