# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: August 30, 2022

Ms. Jessica Thomas
1440 Kohr Place
Columbus, OH 43211

> Re:  Case No. 22-3451, *Jessica Thomas v. Columbus, OH City Schools*
> Originating Case No. 2:21-cv-05023

Dear Sir or Madam,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Robin L Baker
Case Manager
Direct Dial No. 513-564-7014

cc:  Mr. Richard W. Nagel
Ms. Susan S. Petro
Mr. Richard Allen Williams

Enclosure

No mandate to issue

Case No. 22-3451

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

JESSICA THOMAS

      Plaintiff - Appellant

v.

COLUMBUS, OH CITY SCHOOLS, Columbus, OH Board of Education

      Defendant - Appellee

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.  The motion to proceed in forma pauperis is **DENIED as moot**.

**ENTERED PURSUANT TO RULE 45(a),**
**RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued:  August 30, 2022